UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No.: 7:17-CR-157-BO

UNITED STATES OF AMERICA,

vs.

Matthew H. Benton,
         Defendant

**ORDER**

The Court, having considered the allegations of fact made by the Defendant and considered the record of the case does hereby grant the Defendant's Motion to modify the conditions of his release. Specifically the Court Orders that:

1. The Defendant is permitted to leave his residence and to travel outside the Eastern District of Virginia and the Eastern District of North Carolina for the limited purpose of attending the funeral of his father, Michael Benton, at the Warchol Funeral Home in Bridgeville, PA at 1pm on Thursday, January 25th;
2. The Defendant is exempted from electronic monitoring for the duration of this trip;
3. The Defendant is required to return to his residence promptly following the funeral service and with no delays unrelated to the services for his father and his return trip to his residence;
4. The Defendant is to maintain contact with his probation officer in whatever manner and frequency as the probation officer deems necessary and appropriate.

This, the 24th day of January, 2018.

_____
The Honorable W. Terrence Boyle
U.S. District Judge