IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:17-CR-157-BO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MATTHEW HARLEY BENTON | CONSENT ORDER FOR RESTITUTION |

Pursuant to a joint motion of the United States and Defendant, and with their consent, the Court hereby ORDERS as follows:

In Defendant's plea agreement, Defendant agreed to pay immediately any restitution ordered by the Court. Pursuant to 18 U.S.C. §§ 2259 and 3664, and in accordance with the terms and conditions of Defendant's plea agreement, Defendant and the United States have agreed and stipulated that Defendant owes: $1,000.00 each to "Lily" of the "Vicky" series; "Sarah" of "Marineland;" "Violet" of "At School;" "Sierra," "Skylar" and "Savannah" of "Jan_Socks," and "Pia" of "Sweet Sugar;" and $2,000 each to "Maureen" of "Lighthouse" and "Donatello" of "Feb21."[1]

The parties further agree and stipulate that any payment plan established by the Court's judgment is a minimum payment plan and shall not preclude the United States from pursuing any other collection efforts permitted by law.

The Court finds that Defendant's agreements, including the amount of restitution, are consistent with the law and the facts of this case. Accordingly, Defendant shall pay $1,000 to victim "Lily," $1,000 to victim "Sarah," $1,000 to victim

---

[1] The victim in the "Angela" series has withdrawn her request for restitution.

1

"Violet," $1,000 to victim "Sierra," $1,000 to victim "Skylar," $1,000 to victim "Savannah," $1,000 to victim "Pia," and $2,000 to victim "Maureen" and $2,000 to victim "Donatello" in accordance with the parties' agreement, as set forth above, and in accordance with the Court's judgment. The Court further orders that Defendant's restitution shall be due and payable in full immediately. This consent order shall be made part of Defendant's criminal judgment in this case.

SO ORDERED, this 17 day of July, 2018.

Terrence W. Boyle
United States District Judge

AGREED AND CONSENTED TO BY:

Matthew Harley Benton
Defendant

6/26/18
Date

Christopher J. Welch
Counsel for Defendant

7/1/18
Date

ROBERT J. HIGDON, JR.
United States Attorney

Daniel P. Bubar
Assistant United States Attorney
Counsel for the United States

7/16/18
Date

2