IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:17-cr-00157-[redacted] D

UNITED STATES OF AMERICA

v.

MATTHEW BENTON

**ORDER**

UPON THE DEFENDANT'S MOTION TO SEAL DOCKET ENTRY 49, the Court ORDERS the Motion SEALED until such time as it is unsealed by a court of competent jurisdiction.

SO ORDERED.

This the 18 day of September, 2026.

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE